IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
LUCY A. TREADWELL            )
                             )
          Plaintiff,         )
                             )
     v.                      )    1:22-cv-761
                             )
MARTIN O'MALLEY,             )
Commissioner of Social       )
Security,                    )
                             )
          Defendant.         )
```

### ORDER

On January 9, 2024, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 20, 21.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 20), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment Reversing and Remanding the Decision of the Commissioner of Social Security, (Doc. 10), is **DENIED,** that Defendant's Motion for Judgment on the Pleadings, (Doc. 15), is **GRANTED,** that the Commissioner's decision finding

no disability is **AFFIRMED,** and this action is hereby **DISMISSED WITH PREJUDICE.**

A Judgment remanding this action will be filed contemporaneously herewith.

This the 2nd day of February, 2024.

_____
United States District Judge

- 2 -

Case 1:22-cv-00761-WO-LPA   Document 22   Filed 02/02/24   Page 2 of 2